United States Court of Appeals

FOR THE EIGHTH CIRCUIT

_____

No. 95-1480

_____

United States of America,                    *
                                             *
            Appellee,                        *
                                             *  Appeal from the United States
       v.                                    *  District Court for the
                                             *  District of Nebraska.
Long Son Nguyen,                             *
                                             *        [Unpublished]
            Appellant.                       *


_____

Submitted: March 18, 1997

Filed: March 24, 1997
_____

Before HANSEN, MORRIS SHEPPARD ARNOLD, and MURPHY, Circuit Judges.
_____

PER CURIAM.


Long Son Nguyen appeals the 36-month sentence imposed by the district court[1] after he pleaded guilty to counterfeit-credit-card offenses. Stating he found no reversible error, counsel filed a brief pursuant to Anders v. California, 386 U.S. 738 (1967), and was granted leave to withdraw. Nguyen was given an opportunity to file a supplemental brief, but did not do so. Our review of the record has revealed no nonfrivolous issue for appeal. See Penson v. Ohio, 488 U.S. 75, 80 (1988).


Accordingly, the judgment of the district court is affirmed.


_____

[1]The Honorable Richard G. Kopf, United States District Judge for the District of Nebraska.

A true copy.

Attest:

        CLERK, U. S. COURT OF APPEALS, EIGHTH CIRCUIT.